UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHARON HORGAN,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | No. EDCV 05-411 FFM<br><br>JUDGMENT |

In accordance with the Order Reversing Decision of Commissioner,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed, and this matter is remanded to the Commissioner of Social Security for immediate payment of benefits.

DATED: June 23, 2008          /S/ FREDERICK F. MUMM
                      FREDERICK F. MUMM
                    United States Magistrate Judge