1 Steven G. Rosales
Attorney at Law: 222224
2 Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
3 Santa Fe Springs, California 90670
Tel.: (562) 868-5886
4 Fax: (562) 868-5491
E-mail: rohlfing_office@msn.com
5
Attorneys for Plaintiff Sharon Horgan

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HORGAN, | Case No.: EDCV 05-0411 FFM |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Steven G. Rosales, as Plaintiff's assignee and subject to the reservation of rights, the amount of four thousand dollars and zero cents ($4,000.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: August 14, 2008

/S/ FREDERICK F. MUMm
_____
THE HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

-1-